MARIANO NASELLO and ROSE NASELLO, Appellants, and JESSIE ANNIE D. McINTOSH, as Sole Surving Executor, etc., Plaintiff, v. THE HOME INSURANCE COMPANY OF NEW YORK and Others, Respondents.— Judgment and orders affirmed, with costs. All concur; Thompson, J., having been present at the argument of said appeal, but having died on the 7th day of April, 1937, without having taken any part in the determination of this appeal. (The judgment is for defendant in eleven actions consolidated in one action to recover upon fire insurance policies. One order denies plaintiffs' motion for a new trial and the other two orders deny plaintiffs' motion to correct the record of the trial.) Present — Sears, P. J., Crosby, Lewis and Cunningham, JJ.

FRANK FRICK, Respondent, v. NEWELL K. CONE, as Executor, etc., of JOSEPHINE FRICK, and Others, Defendants, ALFRED MUSTY and Others, Appellants.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff title to certain real and personal property pursuant to an alleged oral trust.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CALDWELL & WARD BRASS COMPANY, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 24242.) — Judgment affirmed, without costs. All concur, except Crosby, J., who dissents and votes for reversal on the law and for dismissal of the claim. (The judgment awards claimant damages resulting from invasion of right to light, air and access by Syracuse Railroad Crossing Elimination System.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CHAMPION OIL COMPANY, INCORPORATED, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 24197.) — Judgment affirmed, without costs. All concur. (The judgment awards claimant damages by reason of closing of access to property by construction of the Syracuse Railroad Crossing Elimination System.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

J. OTIS KNIGHTS and Others, Respondents, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24047.) — Judgment affirmed, with costs. All concur. (The judgment awards claimants damages resulting by reason of change of grade of a street.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MAUDE E. DELAFIELD, Respondent, Appellant, v. THE STATE OF NEW YORK, Appellant, Respondent. (Claim No. 24179.) Judgment affirmed, without costs. All concur. (The judgment awards claimants damages resulting by reason of change of grade of a street.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application for the Construction of Certain Provisions of the Will of MARY H. WARD, Deceased.— Decree affirmed, with costs payable out of the estate. Memorandum: We construe the word " heirs " in this will as comprising those who would have been heirs if testatrix's son George had died contemporaneously with the testatrix and under this construction the respondent, the widow of the testatrix's son George, is an heir of her husband. (Dec. Est. Law, §§ 81, 83; Matter of Chalmers, 264 N. Y. 239.) All concur. (The decree construes a will.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.